638

391 A.2d 703

Commonwealth v. Villano, Appellant.

Argued April 17, 1978. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

391 A.2d 703

Commonwealth v. Wannemacher, Appellant.

Submitted June 13, 1977. No appearance entered nor brief submitted for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.